**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lorenzo Deshon STEPHENS,
Defendant–Appellant.**

**No. 10–6154.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 4, 2010.

Lorenzo Deshon Stephens, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Deshon Stephens appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Stephens,* No. 3:06–cr–00281–HEH–1 (E.D.Va. Dec. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*